BEFORE THE FIRST DIVISION, MAY 13, 1958

**No. 61915.**—Manca, Inc. *v.* United States, protest 262903–K (New York).

Opinion by OLIVER, C. J.   It was stipulated that the items marked "A" consist of parts of photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, the items marked "A" are dutiable at 20. percent under paragraph 1551.   Accordingly, the claim at 20 percent was sustained as to said items.   The items marked "B," stipulated to consist of photographic cameras similar to those the subject of C. D. 1874, *supra*, were held dutiable at 15 percent under said paragraph 1551, as modified, *supra*.

**No. 61916.**—E. Leitz, Inc., et al. *v.* United States, protests 251735–K, etc. (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise in question is not an entirety, but is susceptible of use and is used separately.   Following *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61917.**—Manca, Inc. *v.* United States, protests 308918–K and 322110–K (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise in question is not an entirety, but is susceptible of use and is used separately.   Following *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61918.**—J. L. Hopkins Co., Inc., et al. *v.* United States, protests 229523–K, etc. (New York).